**Electronically Filed**
**Supreme Court**
**SCPW-23-0000300**
**22-NOV-2023**
**08:06 AM**
**Dkt. 59 ORD**

SCPW-23-0000300

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JASON FLETCHER, Petitioner,

vs.

THE HONORABLE CATHERINE H. REMIGIO,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CASE NO. 1CPC-21-0001352)

ORDER
(By: Eddins, J.)

Upon consideration of Petitioner Jason Fletcher's correspondences to the court filed herein beginning on September 6, 2023 at docket entries 41, 43, 45, 47, 49, 51, 53, 55, and 57 (collectively, "subject motions"), and the record,

It is ordered that the subject motions are denied on the ground that the merits of this original proceeding were

conclusively determined on August 15, 2023 when this court entered its order denying Petitioner's motion for reconsideration.

To the extent Petitioner desires to file documents in his pending cases in the first circuit court, any documents should be mailed by him to the "First Circuit Court, Kaʻahumanu Hale, 777 Punchbowl Street, Honolulu, Hawaiʻi 96813-5093, Attn: Legal Documents."

DATED:  Honolulu, Hawaiʻi, November 22, 2023.

/s/ Todd W. Eddins

Associate Justice